

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-18-00831-CV

Michael Thomas **PAUL**,
Appellant

v.

Miguel **LOPEZ**, David Padilla, John Stricklin, Javier Zuniga, and San Antonio Television, LLC,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2085-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

This is an appeal from a judgment granting a motion to dismiss under Chapter 27 of the Texas Civil Practice and Remedies Code. This appeal is accelerated. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.008(b) (stating that a court of appeals shall expedite an appeal from an order on a motion to dismiss under Chapter 27); TEX. R. APP. P. 28.1(a) (providing appeals required by statute to be expedited are accelerated appeals). The clerk's record was filed on February 28, 2019. The reporter's record was filed on April 17, 2019. Therefore, appellant's brief was due on May 7, 2019. *See* TEX. R. APP. P. 38.6(a) (providing the appellant in an accelerated appeal must file a brief within 20 days after the later of the date the clerk's record or the reporter's record was filed). Appellant's brief has not been filed.

Appellant has filed a motion for extension of time seeking an extension of one hundred twenty (120) days to file his brief. Appellant's motion is GRANTED IN PART. We grant appellant an extension of fifty (50) days to file his brief. Appellant's brief is due on or before **June 26, 2019**. No further extensions will be granted absent extenuating circumstances.

It is so **ORDERED** on June 5, 2019.

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

**PER CURIAM**

